[No. 11918-1-III.   Division Three.   August 12, 1993.]

*In the Matter of the Marriage of* BERNARD N. ROSE, *Respondent, and* SHERYL A. ROSE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 90-3-00244-4, Marcus M. Kelly, J., entered September 20, 1991. *Reversed* by unpublished opinion per Shields, J. Pro Tem., concurred in by Thompson, C.J., and Munson, J.

[No. 26512-1-I.   Division One.   August 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID A. VALENTINE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-01413-5, Gerald L. Knight, J., entered June 27, 1990. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Forrest and Agid, JJ.

[Nos. 25632-7-I; 25645-9-I.   Division One.   August 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSÉ MARIO NASH, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. EMMETT PIERRE NASH, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 88-1-05900-1, Marsha J. Pechman, J., entered February 20, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield and Grosse, JJ.